# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHLEEN LYNNE RAY,
Petitioner,

vs.

JUSTICE COURT OF LAS VEGAS
TOWNSHIP, IN AND FOR CLARK
COUNTY, NEVADA; AND THE
HONORABLE ANN ZIMMERMAN,
Respondents,

and

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR FFMLT
TRUST 2005-FF8, MORTGAGE PASS-
THROUGH CERTIFICATE SERIES,
Real Party in Interest.

No. 71760

FILED

JAN 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This original pro se petition for a writ of mandamus or prohibition challenges justice court orders denying a motion to dismiss an unlawful detainer action and granting a temporary writ of restitution.

Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Among other reasons, petitioner has not provided this court

with the documents necessary to understand the matters set forth in the petition. *See* NRAP 21(a)(4). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Ann Zimmerman, Justice of the Peace
       Kathleen Lynne Ray
       Tiffany & Bosco, P.A.
       Eighth District Court Clerk

---

[1]In light of our disposition of this writ petition, petitioner's motions for a stay are denied as moot.